NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GAYLE GORDON, TERESA MAXWELL,**

*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2017-1845

---

Appeal from the United States Court of Federal Claims in No. 1:12-cv-00208-RHH, Senior Judge Robert H. Hodges, Jr.

---

**ON MOTION**

---

Before REYNA, LINN, and CHEN, *Circuit Judges.*

PER CURIAM.

## O R D E R

On October 17, 2018, Appellants in the above-captioned case filed a petition for rehearing en banc ("Petition"). On February 13, 2019, the United States filed a corrected joint stipulation of voluntary dismissal, which

the court construes as including a motion to withdraw the Petition.

Upon consideration thereof,

IT IS ORDERED THAT:

1) The motion to withdraw the Petition is granted.

2) The opinion and judgment of the court entered on September 7, 2018 is vacated.

3) The appeal is dismissed pursuant to Federal Rule of Appellate Procedure 42(b).


                                    FOR THE COURT

February 25, 2019                   /s/ Peter R. Marksteiner
      Date                          Peter R. Marksteiner
                                    Clerk of Court


**ISSUED AS A MANDATE**: February 25, 2019